JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| S.C. HOTEL, LLC, etc., <br><br> Plaintiff, <br><br> v. <br><br> BAYLEY CONSTRUCTION, LP, etc., <br><br> Defendants. | CASE No. 8:23-cv-00793-JVS (ADSx) <br><br> **ORDER OF DISMISSAL** |

The Court, having granted the Motion to Dismiss Under FRCP Rule 12(b)(6) filed by BAYLEY CONSTRUCTION, LP, and having considered the parties' Stipulation for Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), hereby dismisses the above-captioned action with prejudice with a full waiver of the plaintiff's rights to appeal from this dismissal. All dates and deadlines are hereby vacated. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: October 11, 2023

*/s/ James V. Selna*
James V. Selna, Judge of the United States District Court for the Central District of California

- 1 -
ORDER OF DISMISSAL